UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
**MYLAN, INC., et al.,**                    )
                                            )
      **Plaintiffs,**                )
                                            )   **Civil Action No.**
      v.                            )   **18-mc-91153-FDS**
                                            )
**ANALYSIS GROUP, INC., et al.,**           )
                                            )
      **Defendants.**                )
_____ )

## ORDER TRANSFERRING MOTION TO COMPEL

**SAYLOR, J.**

    District courts may transfer subpoena-related motions to the district that issued the subpoena when "the person subject to the subpoena consents" or where there are "exceptional circumstances." Fed. R. Civ. P. 45(f). In this matter, there is an underlying multi-district litigation proceeding ongoing in the District of Kansas. *See In re EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation*, No. 17-2785-DDC-TJJ. In addition, the District of Kansas already has before it more than ten outstanding motions to compel in that MDL matter raising similar types of issues. In light of the complexity of the underlying case, the risk of inconsistent orders if this Court was to rule on plaintiff's motion to compel, and the interests of judicial economy, the Court finds that there are exceptional circumstances warranting the transfer of the motion to compel. *See In re Disposable Contact Lens Antitrust Litig.*, 2017 WL 3704822, at *4 (D.D.C. May 18, 2017).

    Accordingly, plaintiff's motion to transfer the motion to compel is GRANTED, and the motion to compel is TRANSFERRED to the District of Kansas.

2

**So Ordered.**

                                                              /s/  F. Dennis Saylor
                                                              F. Dennis Saylor IV
Dated:  April 20, 2018                                   United States District Judge